

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00142-CV

Joe A. **ZUNIGA**,
Appellant

v.

**THE CITY OF SAN ANTONIO**, Acting By and Through its Agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14216
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Joe A. Zuniga.

SIGNED January 8, 2014.

_____
Rebeca C. Martinez, Justice